**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**ESSILOR INTERNATIONAL, ESSILOR**
**OF AMERICA, INC., SATISLOH AG,**
**SATISLOH NORTH AMERICA, INC.,**
**AND DAC VISION INC.,**

                                           **CASE NO.: 8:20-cv-1159-T-23AEP**

        **PLAINTIFFS,**

**v.**

**JDP HOLDINGS, LLC, GLADWIN M&E**
**TECH. CO., LTD., YANGZHOU GLADWIN**
**M&E TECH. CO., LTD., YANGZHOU**
**PERFECT MACHINERY TECH. CO.,**
**LTD., Q PACIFIC MANUFACTURING**
**CORP., AND GLADWIN OPTICAL,**

        **DEFENDANTS.**

_____

## NOTICE OF SETTLEMENT

      Plaintiffs, Essilor International, Essilor of America, Inc., Satisloh AG, Satisloh North America, Inc., and DAC Vision Inc., by and through their undersigned counsel and pursuant to Local Rule 3.08(b), hereby file this Notice of Settlement and state as follows:

      The parties have reached an agreement to settle the issues in the above-styled matter and the settlement agreement and consent judgment are currently being finalized.  Plaintiffs ask that the case be administratively closed pursuant to Local Rule 3.08(b) so that the parties can have time to file the consent judgment within the time allotted or, on good cause shown, reopen the matter for further proceedings.

      DATED this 29th day of September 2020.

                            Respectfully submitted,

                            WOLTER VAN DYKE DAVIS, PLLC
                            390 North Orange Avenue

Suite 2500
Orlando, FL  32801
Telephone:  (407) 926-7700
Facsimile:  (407) 926-7720

*/s/ Amber N. Davis*
Amber N. Davis
Florida Bar No. 0026628
Kevin W. Wimberly
Florida Bar No. 0057977
Email: adavis@savvyIPLaw.com
Email: kwimberly@savvyIPLaw.com

and

Jeffrey B. McIntyre (Admitted *pro hac vice*)
Tia D. Fenton (Admitted *pro hac vice* )
Philippe J.C. Signore (Admitted *pro hac vice*)
Lisa M. Mandrusiak (Admitted *pro hac vice* )
OBLON, McCLELLAND,
MAIER & NEUSTADT, LLP
1940 Duke St.
Alexandria, VA 22314
Tel.:  (703) 413-3000

***Attorney for Plaintiffs,***
***Essilor International, Essilor of America, Inc.,***
***Satisloh AG, Satisloh North America, Inc.,***
***and DAC Vision Inc.,***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically

filed with the Clerk of the Court utilizing the CM/ECF system this 29th day of September 2020.

*/s/ Amber N. Davis*
Attorney